RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Matthew Levi Blanchard

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW LEVI BLANCHARD,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00465-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Matthew Levi Blanchard, that the bench trial currently scheduled on September 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　Counsel for the defendant needs additional time to conduct investigation and complete research to determine whether there are any pretrial issues to be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the bench trial.

DATED this 10 day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By/s/ *Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ *Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MATTHEW LEVI BLANCHARD,<br><br>           Defendant. | Case No. 2:20-mj-00465-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation and complete research to determine whether there are any pretrial issues to be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance

This is the first request for a continuance of the bench trial.

### **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, September 16, 2020, at 9:00 a.m., be vacated and continued to  11/25/2020  at the hour of  9 :00 a .m.

DATED this  15  day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE