UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**IMPOSITION OF FINE, SPECIAL ASSESSMENT, and/or PROCESSING FEE**
**PAYMENT INFORMATION**

DEFENDANT: Matthew Blanchard   CASE # 2:20-mj-0465-BNW

DATE IMPOSED: 11/25/2020

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 25 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

X  You have been sentenced to pay a fine by the United States District Court
X  A special assessment has been imposed in accordance with the Federal Victims Crime Act of 1984
___ A processing fee has been imposed in accordance with the Consolidated Appropriations Act 2005

**The amount you owe is as follows:**

Citation/Count # 1    Fine Imposed: $ 150.00   Citation/Count # ___   Fine Imposed: $ ___
___ is DISMISSED    Assessment: $ 10.00    ___ is DISMISSED    Assessment: $ ___
                    Processing fee: $ —                         Processing fee: $ ___

Citation/Count # 2    Fine Imposed: $ ___     Citation/Count # ___   Fine Imposed: $ ___
X is DISMISSED       Assessment: $ ___       ___ is DISMISSED    Assessment: $ ___
                     Processing fee: $ ___                       Processing fee: $ ___

Citation/Count # ___  Fine Imposed: $ ___     Citation/Count # ___   Fine Imposed: $ ___
___ is DISMISSED     Assessment: $ ___        ___ is DISMISSED    Assessment: $ ___
                     Processing fee: $ ___                       Processing fee: $ ___

**TOTAL AMOUNT YOU OWE** $ 160.00         **BALANCE YOU OWE** (less Cash Bail) $ ___

X  The entire amount listed above is due immediately.
___ Cash bail in the amount of $_____ previously posted **may** apply toward the fine. **Please obtain a Bail Release form from the clerk to accomplish this.**
___ The Court has authorized a payment schedule for the total amount you owe or any balance due (less cash bail as noted above) as follows:
$ ___ due by/within ___ days/months; $ ___ due by/within ___ days/months;
$ ___ due by/within ___ days/months; and/or on the ___ day of each ___ until paid in full.

___ **STATUS HEARING** set for Tuesday, _____ at **1:30PM** in Crtrm ___. Hearing will be Vacated if fine is paid in full.

**SPECIAL NOTE:** Until the fine is paid in full, you are required to notify the United States Attorney of any change in your mailing address or residence address not later than 30 days after the change occurs.

**Payment will be made to:**

___ Central Violations Bureau, P. O. Box 780549, San Antonio, TX 78278 (Phone #1-800-827-2982)
(Check; money order; or major credit cards accepted online) **Website: www.cvb.uscourts.gov**

X  Clerk, U. S. District Court, 333 Las Vegas Blvd. South, Rm. 1334, Las Vegas, NV 89101
(Phone # 702-464-5405) Office hours: 9:00 a.m. to 4:00 p.m., Monday through Friday, except holidays
(**EXACT cash only**; check; money order; or major credit card accepted. This court does not accept payment by phone.)

___ Take this form to the Clerks Office, Room 1334 (1st floor of this building), immediately following this hearing to make your first or total payment.

**IT IS SO ORDERED by:**     ___ Hon. DANIEL J. ALBREGTS, Courtroom #3A
                              X  Hon. BRENDA WEKSLER, Courtroom #3B
                              ___ Hon. NANCY J. KOPPE, Courtroom #3C
                              ___ Hon. CAM FERENBACH, Courtroom #3D
                              ___ Hon. ELAYNA J. YOUCHAH, Courtroom # ___
                              ___ Hon. _____, Courtroom # ___