1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   KATHERINE TANAKA
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   702-388-6577 Phone
5  Katherine_Tanaka@fd.org

6  Attorney Matthew Levi Blanchard

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:20-mj-00465-BNW |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| MATTHEW LEVI BLANCHARD | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney Christopher Chiou and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Matthew Levi Blanchard, that the case closed.

This Stipulation is entered into for the following reasons:

1. On November 25, 2020, Mr. Blanchard pled guilty to the charge of Reckless Driving in violation of 36 CFR § 4.2(b); NRS 484B.653(1). ECF No. 14. This Court sentenced Mr. Blanchard to one year of unsupervised probation with the following conditions: (1) pay a $160.00 Fine; (2) complete DUI School with Victim Impact Panel; (3) complete a Level 1 Traffic Class; (4) have no adverse contact with law enforcement; and (5) stay out of

Lake Mead National Recreational Area for a period of 6 months. The remaining charges were dismissed

2. Defendant has successfully completed the conditions. Defendant has paid his fine, has completed DUI School with Victim Impact Panel course, has completed a Level I traffic class, and has reported he did not have any adverse contact with law enforcement and that he did not enter the Lake Mead National Recreation from November 2020 to May 2021.

3. The Government is satisfied Defendant has completed the conditions of his sentencing.

4. Because Defendant has successfully completed the terms of his sentencing, the parties request that the case be closed.

DATE: May 24, 2021

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By /s/ *Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ *Rachel L. Kent*<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00465-BNW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| MATTHEW LEVI BLANCHARD | |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of his sentencing.

IT IS THEREFORE ORDERED that the case is closed.

DATED June 2, 2021.

_____
UNITED STATES MAGISTRATE JUDGE